■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD E. SHINEBARGER, Appellant. [993 NYS2d 524]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Fahey, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JETONE JONES, Appellant. [993 NYS2d 524]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley and Valentino, JJ.

■ In the Matter of EDDIE ORTIZ, Petitioner, v CHARLES KELLY, JR., Superintendent, Marcy Correctional Facility, et al., Respondents. [993 NYS2d 523]—Motion for reargument denied. Present—Centra, J.P., Fahey, Carni and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE ROBERITES, Appellant. [993 NYS2d 523]—Motion for reargument and other relief denied. Present—Smith, J.P., Fahey, Valentino and Whalen, JJ.

■ In the Matter of SHERIDAN PARK, INC., et al., Appellants, v NEW YORK STATE DIVISION OF CEMETERIES et al., Respondents. [993 NYS2d 523]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ HILLCREST HOMES, LLC, Appellant, v ALBION MOBILE HOMES, INC., Doing Business as HERITAGE ESTATES, et al., Respondents. [993 NYS2d 523]—Motion for reargument denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHAN MERRITT, Appellant. [992 NYS2d 829]—Motion for reargument denied. Present—Scudder, P.J., Peradotto, Carni, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CEDRIC J. WILLIAMS, Appellant. [993 NYS2d 523]—Motion for reargument denied. Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHUVON J. WILLIAMS, Appellant. [993 NYS2d 523]—Motion for reargument denied. Present—Centra, J.P., Fahey, Peradotto, Lindley and Valentino, JJ.